ELIZABETH COYNE, Appellant, *v.* CHARLES J. COYNE, Respondent.

Submitted March 19, 1948; decided April 22, 1948.

*Morrell Schwimer* for appellant.
*Murray Stockman* for respondent.
Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.